**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Latina, Steven Charles | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Latina, Jill Eileen |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 1237 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 9149 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>755 Williams Road<br>Carpentersville, IL 60110 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>755 Williams Road<br>Carpentersville, IL 60110 |
| County of Residence or of the<br>Principal Place of Business: Kane | County of Residence or of the<br>Principal Place of Business: Kane |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney: Steven A. Leahy, 6273453<br>The Law Office of Steven A. Leahy<br>150 North Michigan Avenue<br>Suite 1100<br>Chicago, Illinois 60601  ph: 312-664-6649 |
|---|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [✓] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [✓] Chapter 13

**Nature of Debts** (Check one box)
- [✓] Consumer/Non-Business
- [ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636 - 31557

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Steven Charles Latina & Jill Eileen Latina |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Steven Charles Latina
Signature of Debtor

X  /s/ Jill Eileen Latina
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Mar. 7, 2005
Date

**Signature of Attorney**

X  /s/ Steven A. Leahy
Signature of Attorney for Debtor(s)

STEVEN A. LEAHY 6273453
Printed Name of Attorney for Debtor(s)

The Law Office of Steven A. Leahy
Firm Name

150 North Michigan Avenue
Address

Suite 1100    Chicago, Illinois 60601

312-664-6649
Telephone Number

Mar. 7, 2005
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  /s/ Steven A. Leahy           Mar. 7, 2005
Signature of Attorney for Debtor(s)    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

| | | |
|---|---|---|
| ADT<br>1111 CHURCH ST<br>AURORA, IL 60505 | ALLIANCE ONE<br>6565 KIMBALL DRIVE<br>SUITE 200<br>GIG HARBOR, WA 98335 | AMERICAN INVESTMENT BA<br>PO BOX 510083<br>SALT LAKE CITY, UT 84151 |
| AMERICAN INVESTMENT BANK<br>, | AMERICAN REVENUE CORP<br>8450 S BROADWAY<br>MERRILLVILLE, IN 46410 | ARROW FINANCIAL SERVIC<br>5996 W TOUHY AVE<br>NILES, IL 60714 |
| AT & T WIRELESS<br>PO BOX 68055<br>ANAHEIM, CA | AVCO FINANCIAL SERVICES<br>1119 KENNEDY DR<br>CARPENTERVILLE, IL 60110 | BANK UNITED MORTGAGE<br>11200 W PARKLAND A<br>MILWAUKEE, WI 53224 |
| BENEFICIAL/HFC<br>2700 SANDERS RD<br>PROSPECT HEIGHTS, IL 60070 | BIEHL & BIEHL INC<br>411 E IRVING RD<br>BENSENVILLE, IL 60106 | BUREAU OF COLLECTIONS<br>1100 MAIN ST<br>BUFFALO, NY 14209-2356 |
| BUYERS ONLINE<br>14870 PONY EXPRESS ROAD<br>BLUFFDALE, UT 84065 | BUYERS UNITED<br>14870 PONY EXPRESS<br>BLUFFDALE, UT 84065 | CALVARY PORTFOLIO SRVC, LLC<br>9522 EAST 47TH PLACE<br>TULSA, OK 74145 |
| CAP ONE BK<br>PO BOX 85520<br>RICHMOND, VA 23285 | CAPITAL ONE BANK<br>PO BOX 85522<br>RICHMOND, VA 23285 | CAPITOL MANAGEMENT SRVC INC<br>726 EXCHANGE STREET<br>SUITE 700<br>BUFFALO, NY 14210 |
| CAVALRY PORTFOLIO SERV<br>4050 E COTTON CENTER BLV<br>PHOENIX, AZ 85040 | CERTIFIED SERVICES INC<br>1733 WASHINGTON ST<br>WAUKEGAN, IL 60079 | CITIFINANC<br>273 S RANDALL RD<br>ELGIN, IL 60123 |
| CITIFINANCIAL<br>6323 ALBERMARLE ROAD<br>CHARLOTTE, NC 28212 | CODILIS & ASSOC, P.C.<br>15W030 NORTH FRONTAGE RD<br>SUITE 100<br>BURR RIDGE, IL 60527 | COUNTRY HOME AND GARDEN<br>MEMBER SERVICE CENTER- PO BOX 6325<br>CAMP HILL, PA 17012 |
| DAILY HERALD<br>P.O. BOX 280<br>ARLINGTON HEIGHTS, IL 60006-028 | ELITE RECOVERY<br>701 SENECA ST. #400<br>BUFFALO, NY 14210 | FARMER'S INSURANCE<br>4680 WILSHIRE BLVD.<br>LOS ANGELES, CA 90010 |
| FINGER & BENNETT<br>1425 N MCLEAN BLVD<br>ELGIN, IL 60123 | FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104 | FNB BROOKINGS<br>PO BOX 6000<br>BROOKINGS, SD 57006 |

| | | |
|---|---|---|
| GREATER CHICAGO FINANCE<br>909 E CHICAGO<br>ELGIN, IL 60120 | HOUSEHOLD BANK<br>POB 98706<br>LAS VEGAS, NV 89193 | I C SYSTEM INC<br>PO BOX 64378<br>SAINT PAUL, MN 55164 |
| K.C.A. FINANCIAL SERVICE<br>628 NORTH STREET<br>GENEVA, IL 60134 | KEYNOTE CONSULTING<br>1501 W DUNDEE<br>BUFFALO GROVE, IL 60089 | KEYNOTE CONSULTING<br>1501 W DUNDEE RD STE 104<br>BUFFALO GROVE, IL 60089 |
| LOSSMAN EYECARE<br>96 KENNEDY DR<br>CARPENTERSVILLE, IL 60110 | LTD COMMODITES<br>PO BOX 702<br>BANNOCKBURN, IL 60015-0702 | MERCURY FINANCE COMPAN<br>4413 ROOSEVELT RD<br>HILLSIDE, IL 60162 |
| MERCURY FINANCE COMPAN<br>5425 W 79TH ST<br>BURBANK, IL 60459 | MERCURY FINANCE COMPAN<br>7105 VIRGINIA RD STE 10<br>CRYSTAL LAKE, IL 60014 | MIDLAND CREDIT MGMT<br>8875 AERO DR<br>SAN DIEGO, CA 92123 |
| MILITARY BOOK CLUB<br>MEMBER SERVICE CENTER- PO BOX 6325<br>CAMP HILL, PA 17012 | NICOR GAS<br>1844 FERRY ROAD<br>NAPERVILLE, IL 60563 | NORTHLAND GROUP INC<br>PO BOX 390846<br>EDINA, MN 55439 |
| OPEX COMMUNICATIONS<br>P.O. BOX 429<br>ELK GROVE VILLAGE, IL 60009-2193 | ORCHARD BANK (HOUSEHOLD BANK)<br>CREDIT CARD SERVICES<br>PO BOX 60102<br>CITY OF INDUSTRY, CA 91716-0102 | PARK DANSAN<br>113 W 3RD AVE<br>GASTONIA, NC 28052 |
| PARK DANSAN<br>P.O. BOX 248<br>GASTONIA, NC 28053 | PROVIDIAN FINANCIAL<br>PO BOX 9180<br>PLEASANTON, CA 94566 | RAB INC<br>7000 GOODLETT FARMS PKWY<br>MEMPHIS, TN 38016 |
| SPRINT<br>UMB, PO BOX 219554<br>KANSAS CITY, MO 64121-9554 | SUNRISE CREDIT<br>260 AIRPORT PLAZA<br>FARMINGDALE, NY 11735 | WASHINGTON MUTUAL<br>PO BOX 3139<br>MILWAUKEE, WI 53201 |
| WASHINGTON MUTUAL FA<br>PO BOX 1093<br>NORTHRIDGE, CA 91328 | WESTMORE AGENCY<br>456 N KIMBALL PL<br>BOISE, ID 83704 | XELCO COLLECTIONS<br>3650 S YOSEMITE ST<br>SUITE 200<br>DENVER, CO 80237 |