```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 08098
   STEVEN C LATINA
   JILL EILEEN LATINA                            CHAPTER 13

                                                 JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-1237      SSN XXX-XX-9149
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/07/05 and confirmed on 05/05/05.

2. The case was dismissed after confirmation, 11/20/2008.

3. The Debtor paid a total of $ 18379.59 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | 9791.70 | .00 | 9791.70 |
| ADT SECURITY SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANCE ONE | UNSECURED | NOT FILED | .00 | .00 |
| MFG FINANCIAL | UNSECURED | 10850.64 | .00 | 4819.61 |
| BECKET & LEE LLP | UNSECURED | 457.72 | .00 | 203.31 |
| PALISADES COLLECTION | UNSECURED | 455.57 | .00 | 202.35 |
| BUYERS UNITED | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 423.83 | .00 | 188.25 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRY HOME & GARDENS | UNSECURED | NOT FILED | .00 | .00 |
| DAILY HERALD | UNSECURED | NOT FILED | .00 | .00 |
| FARMERS INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| FINGER & BENNETT LTD MDS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FNB VISA 1ST NATIONAL BA | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 2417.96 | .00 | 1074.00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| KEYNOTE CONS | UNSECURED | NOT FILED | .00 | .00 |
| LOSSMAN EYE CARE | UNSECURED | NOT FILED | .00 | .00 |

```
LTD COMMODITIES            UNSECURED      NOT FILED              .00          .00
MIDLAND CREDIT MGMT        UNSECURED      NOT FILED              .00          .00
MILITARY BOOK CLUB         UNSECURED      NOT FILED              .00          .00
OPEX COMMUNICATIONS        UNSECURED      NOT FILED              .00          .00
PARK DANSAN                UNSECURED      NOT FILED              .00          .00
PARK DANSAN                UNSECURED      NOT FILED              .00          .00
CAVALRY INVESTMENTS LLC    FILED LATE           .00              .00          .00
NICOR GAS                  UNSECURED          65.20              .00        28.96
CAPITAL ONE BANK           UNSECURED         926.01              .00       411.31
     Summary of disbursements:
```

---

|                    | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 9791.70  | .00      | 15596.93  | .00   | 25388.63 |
| PRINCIPAL PAID     | 9791.70  | .00      | 6927.79   | .00   | 16719.49 |
| INTEREST PAID      | .00      | .00      | .00       | .00   | .00      |
| TOTAL PAID         | 9791.70  | .00      | 6927.79   | .00   | 16719.49 |

The Debtor's attorney, STEVEN A LEAHY                , was allowed $   2200.00
and was paid $   1328.00   direct and $    872.00   through the plan.

The Trustee received $    788.10 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/09/09                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 05 B 08098 STEVEN C LATINA & JILL EILEEN LATINA